Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| Faye Bowdre | ) | Case No. _____ |
| | ) | (to be filled in by the Clerk's Office) |
| _____ | ) | |
| _Plaintiff(s)_ | ) | |
| (Write the full name of each plaintiff who is filing this complaint. | ) | Jury Trial: (check one) ☑Yes ☐No |
| If the names of all the plaintiffs cannot fit in the space above, | ) | |
| please write "see attached". in the space and attach an additional | ) | |
| page with the full list of names.) | ) | |
| -v- | ) | |
| | ) | |
| Moses, ETAL | ) | |
| _____ | ) | |
| _Defendant(s)_ | ) | |
| (Write the full name of each defendant who is being sued. If the | ) | |
| names of all the defendants cannot fit in the space above, please | ) | |
| write "see attached" in the space and attach an additional page | ) | |
| with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Faye Bowdre |
| Street Address | 68 Percival St Apt #3 |
| City and County | Dorchester, Suffolk county |
| State and Zip Code | ma, 02122 |
| Telephone Number | (617) 642-5959 |
| E-mail Address | FayeBowdre1984@gmail.com |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

### Defendant No. 1

| | |
|---|---|
| Name | Kimberly Moses |
| Job or Title *(if known)* | Judge Norfolk probate and family |
| Street Address | 35 Shawmut Rd canton ma |
| City and County | Canton, Norfolk county |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### Defendant No. 2

| | |
|---|---|
| Name | Frank Phillips |
| Job or Title *(if known)* | NA |
| Street Address | 356 Lincoln St Apt # 11 |
| City and County | Waltham, Middlesex county |
| State and Zip Code | ma |
| Telephone Number | |
| E-mail Address *(if known)* | |

### Defendant No. 3

| | |
|---|---|
| Name | Department of childrens and |
| Job or Title *(if known)* | family HYDE Park DCF |
| Street Address | 1503 HYDE Park Ave |
| City and County | Boston, Suffolk |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### Defendant No. 4

| | |
|---|---|
| Name | DCF Department of childrens |
| Job or Title *(if known)* | and family Waltham ma |
| Street Address | Rachael Kdealey, |
| City and County | ma, Middlesex county |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C §§ 331 and 358, 28 U.S.C §§ 351 and 364

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Faye Bawdre , is a citizen of the State of *(name)* Massachusettes .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Kimberly Moses , is a citizen of the State of *(name)* Massachusettes Judge . Or is a citizen of *(foreign nation)* Norfolk Probate family

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

     b.     If the defendant is a corporation

The defendant, *(name)* __Kimberly Moses__ , is incorporated under the laws of the State of *(name)* __Massachusetts__ , and has its principal place of business in the State of *(name)* __Norfolk Probate family__ . Or is incorporated under the laws of *(foreign nation)* __United States USA__ , and has its principal place of business in *(name)* __Norfolk Probate family Court Judge__ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**3.**     The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

__3 Million, for pain and suffering And MY child being KidNapped by My Known Abuser, Victim compensation, Brandon Jesurum Life insurance Due to "Noah" Child__

**III.**    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__Judge Moses used Chapter Law MGL C 262 § 40, MGL §4b I Faye Bowdre Am Noah Jesurum Bowdre Mother and have Always been the only custodial parent and Caregiver Of Noah Bowdre 12-15-18 I Do Not Authorize and One to be My family fiderciery.__

**IV.**    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

__12-15-18 returned To have My SoN Noah Jesurum Bowdre returned home to Me Faye Bowdre 1-17-84 To respectfully Ask the State to honor My Appostille Dated 9-14-23, honor and inforceforce Finale custody Aggrement Dated 10/26/21 sincerly Faye Bowdre Pain and suffering Victims compensation.__

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11/1/23

Signature of Plaintiff    *Faye R. Bowdre*
Printed Name of Plaintiff    Faye R. Bowdre

### B. For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____